# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHRISTROPHER BRYANT GIBSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-18-1224-SLP** |
| | ) | |
| **BRADLEY GREILICK,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered December 19, 2018 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Petitioner's Motion for Leave to Proceed *In Forma Pauperis* is DENIED. Petitioner is directed to pay the $5.00 filing fee on or before February 4, 2019, or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE